**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 23-1347**

───────────────

CLAUDIA LOURDES GRANADOS-RUIZ,

        Petitioner,

    v.

MERRICK B. GARLAND, Attorney General,

        Respondent.

───────────────

On Petition for Review of an Order of the Board of Immigration Appeals.

───────────────

Submitted: March 15, 2024                          Decided: June 17, 2024

───────────────

Before GREGORY and RUSHING, Circuit Judges, and KEENAN, Senior Circuit Judge.

───────────────

Petition denied by unpublished per curiam opinion.

───────────────

**ON BRIEF:** James Doyle Brousseau, BROUSSEAU & LEE, PLLC, Falls Church, Virginia, for Petitioner. Brian M. Boynton, Principal Deputy Assistant Attorney General, Anthony P. Nicastro, Assistant Director, Timothy Bo Stanton, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Claudia Granados-Ruiz, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals dismissing her appeal from the Immigration Judge's denial of her applications for asylum, withholding of removal, and protection under the Convention Against Torture. We have reviewed the record and Granados-Ruiz's claims and conclude that the evidence does not compel a ruling contrary to any of the administrative factual findings, *see* 8 U.S.C. § 1252(b)(4)(B), and that substantial evidence supports the denial of relief, *see INS v. Elias-Zacarias*, 502 U.S. 478, 481 (1992). Accordingly, we deny the petition for review. *In re Granados-Ruiz* (B.I.A. Mar. 3, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*